No. 470. WATWOOD *v.* MORRISON ET AL. C. A. D. C. Cir. Certiorari denied.

No. 472. ADDABBO ET AL. *v.* DONOVAN ET AL. Ct. App. N. Y. Certiorari denied. *Bernard Kessler* for petitioners. *Leo A. Larkin, Seymour B. Quel* and *Sidney P. Nadel* for respondents.

No. 473. ESTWING MANUFACTURING CO., INC. *v.* SINGER, GUARDIAN. Ct. App. N. Y. Certiorari denied. *Herbert Burstein* for petitioner. *Stephen E. Burgio* for respondent.

No. 475. GREAT LAKES CARBON CORP. *v.* CONTINENTAL OIL CO. ET AL. C. A. 5th Cir. Certiorari denied. *Earl Babcock, Wayne L. Benedict* and *S. W. Plauché, Jr.,* for petitioner. *Richard Russell Wolfe* and *Cullen R. Liskow* for respondents.

No. 476. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL 1780, ET AL. *v.* REYNOLDS ELECTRICAL & ENGINEERING CO., INC. Sup. Ct. Nev. Certiorari denied. *Morton Galane* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas, Morton Hollander* and *John C. Eldridge* for respondent.

No. 479. MORRISON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Raymond A. Brown* and *Irving I. Vogelman* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.